Andrew Phan, Esq.
Phan & Legal Counsel
9741 Bolsa Avenue, Ste. 217
Westminster, CA 92683949-447-5005 (tel)
949-447-5004 (fax)
aphan@asset-protector.com
Attorney for Plaintiffs

Daniel Griffin, Esq.
2408 Professional Drive
Roseville, CA 95661
800-358-0305 (tel)
916-242-8588 (fax)
sbrown@newpointlaw.com
dgriffin@newpointlaw.com
California Co-Counsel for Plaintiffs

Attorneys for Plaintiffs
Richard and LaVerna Montz

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD AND LAVERNA MONTZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA BUSINESS CORPORATIONS, INC., a Nevada corporation, ARISTOCRAT VENTURES, a Nevada corporation, PROBACK SYSTEMS, INC., a Nevada corporation, WAYNE WAKEFIELD, an individual, and DOES 1–25, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-00145<br><br>[*Formerly Superior Court of California, County of Placer, Case No.: S-CV-0047923*]<br><br>**NOTICE OF WITHDRAWAL OF MOTION (DKT. 13)**<br><br>NO ORAL ARGUMENT REQUESTED |

  Plaintiffs request the motion filed as docket 13 be withdrawn and removed from calendar. An amended motion to strike answer was filed on April 25, 2022, with the proper document uploaded.

| | | |
|---|---|---|
|1| | |
|2|Dated: April 25, 2022|/s/ Andrew Phan|
|3| |Andrew Phan|
| | |Attorney for Plaintiffs|
|4| |Richard and LaVerna Montz|