Damon L. Booth, Esq.
NV Bar No. 14172
**HIGH WEST LAW**
230 E. Liberty St.
Reno, NV 89501
Telephone: (530) 414-9388
dbooth@highwestlaw.com

Attorneys for Defendants
NEVADA BUSINESS CORPORATIONS, INC.;
ARISTOCRAT VENTURES; PROBACK SYSTEMS, INC.;
WAYNE WAKEFIELD

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD AND LAVERNA MONTZ, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> NEVADA BUSINESS CORPORATIONS, INC., a Nevada corporation, ARISTOCRAT VENTURES, a Nevada corporation, PROBACK SYSTEMS, INC., a Nevada corporation, WAYNE WAKEFIELD, an individual, and DOES 1–25, inclusive, <br><br> Defendants. | Case No.: 3:22-CV-00145 <br><br> [*Formerly Superior Court of California, County of Placer, Case No.: S-CV-0047923*] <br><br> **STIPULATION AND [PROPOSED] ORDER** |

Defendants NEVADA BUSINESS CORPORATIONS, INC., ARISTOCRAT VENTURES, PROBACK SYSTEMS, INC., and WAYNE WAKEFIELD (collectively, "Defendants") and Plaintiffs RICHARD AND LAVERNA MONTZ (collectively, "Plaintiffs") (Defendants and Plaintiffs are collectively referred to herein as the "parties") hereby submit this *Stipulation and [Proposed] Order* as follows:

1.    WHEREAS, on March 24, 2022, Defendants filed their *Notice of Removal* with this Court;

2.    WHEREAS, on March 24, 2022, Defendants concurrently filed their *Notice of*

**HIGH WEST LAW**

1  *Removal of this Action to Federal Court* with the Superior Court of California, County of Placer;

2      3.      WHEREAS, on March 30, 2022, Defendants filed their *Answer* to Plaintiffs'

3  *Complaint* with this Court. The *Complaint* that was filed in the Superior Court of the State of

4  California, County of Placer, on January 26, 2022;

5      4.      WHEREAS, on April 22, 2022, Plaintiffs filed their *Joint Motion to Remand or*

6  *Change Venue* and *Motion to Strike* (collectively, the "Motions"). In response, on May 6, 2022,

7  Defendants timely filed their *Oppositions* to both Motions;

8      5.      WHEREAS, pursuant to 28 U.S.C. § 1404(a), this Court, at its discretion, may

9  transfer any civil action to any other district or division where it might have been brought "[f]or the

10  convenience of parties and witnesses, in the interest of justice," in order to "prevent the waste 'of

11  time, energy, and money' and 'to protect litigants, witnesses and the public against unnecessary

12  inconvenience and expense.'" *Van Dusen v. Barrack*, 376 U.S. 612, 616 (1964) (quoting *Continental*

13  *Grain Co. v. The Barge FBL-585*, 364 U.S. 19, 26–27 (1960));

14      6.      WHEREAS, the parties agree, in the interest of justice, to transfer this matter to the

15  United States District Court for the Eastern District of California (the "Eastern District of

16  California");

17      7.      WHEREAS, the parties' agreement to transfer shall be in no way construed to have

18  any effect on the underlying litigation or merits of the case;

19      8.      WHEREAS, by the transfer of this matter from this Court to the Eastern District of

20  California, Plaintiffs are withdrawing the Motions without prejudice.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**HIGH WEST LAW**

1    **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between

2    the undersigned counsel for all parties that, subject to the approval of the Court, this case shall be

3    transferred to the United States District Court for the Eastern District of California.

4        **IT IS SO STIPULATED**.

5

6    Date: May 12, 2022                                HIGH WEST LAW

7

8                                      By: _____

9                                          Damon L. Booth, Esq.
                                           Attorneys for Defendants
10                                         NEVADA BUSINESS CORPORATIONS,
                                           INC.; ARISTOCRAT VENTURES;
11                                         PROBACK SYSTEMS, INC.; WAYNE
                                           WAKEFIELD
12

13   Date: May 12, 2022                                PHAN & LEGAL COUNSEL

14

15                                     By:    /s/ Andrew Phan
                                           Andrew Phan, Esq.
16                                         Attorney for Plaintiffs
                                           RICHARD and LAVERNA MONTZ
17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

      Having read and considered the Stipulation filed by the parties, and good cause appearing:

3

      **IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 1404, for the convenience of the

4

parties, and in the interests of justice, this case is TRANSFERRED to the United States District

5

Court for the Eastern District of California.

6

      **IT IS SO ORDERED.**

7

8

Dated: _____

                             _____

9

                             The Honorable Carla Baldwin
                             United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HIGH WEST LAW**