1   Damon L. Booth, Esq.
    NV Bar No. 14172
2   **HIGH WEST LAW**
    230 E. Liberty St.
3   Reno, NV 89501
    Telephone: (530) 414-9388
4   dbooth@highwestlaw.com

5   Attorneys for Defendants
6   NEVADA BUSINESS CORPORATIONS, INC.;
    ARISTOCRAT VENTURES; PROBACK SYSTEMS, INC.;
7   WAYNE WAKEFIELD

8           IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE DISTRICT OF NEVADA

10  RICHARD AND LAVERNA MONTZ,          Case No.: 3:22-CV-00145
    individuals,
11                                      [*Formerly Superior Court of California,
12           Plaintiffs,                *County of Placer, Case No.: S-CV-0047923*]

13      v.
                                        **STIPULATION AND [PROPOSED]**
14  NEVADA BUSINESS CORPORATIONS,       **ORDER**
    INC., a Nevada corporation, ARISTOCRAT
15  VENTURES, a Nevada corporation,
    PROBACK SYSTEMS, INC., a Nevada
16  corporation, WAYNE WAKEFIELD, an
    individual, and DOES 1–25, inclusive,
17
18           Defendants.

19

20

21          Defendants NEVADA BUSINESS CORPORATIONS, INC., ARISTOCRAT VENTURES,

22  PROBACK SYSTEMS, INC., and WAYNE WAKEFIELD (collectively, "Defendants") and

23  Plaintiffs RICHARD AND LAVERNA MONTZ (collectively, "Plaintiffs") (Defendants and

24  Plaintiffs are collectively referred to herein as the "parties") hereby submit this *Stipulation and*

25  *[Proposed] Order* as follows:

26          1.      WHEREAS, on March 24, 2022, Defendants filed their *Notice of Removal* with this

27  Court;

28          2.      WHEREAS, on March 24, 2022, Defendants concurrently filed their *Notice of*

1

**HIGH WEST LAW**

1 | *Removal of this Action to Federal Court* with the Superior Court of California, County of Placer;

2 | 3.        WHEREAS, on March 30, 2022, Defendants filed their *Answer* to Plaintiffs'

3 | *Complaint* with this Court. The *Complaint* that was filed in the Superior Court of the State of

4 | California, County of Placer, on January 26, 2022;

5 | 4.        WHEREAS, on April 22, 2022, Plaintiffs filed their *Joint Motion to Remand or*

6 | *Change Venue* and *Motion to Strike* (collectively, the "Motions"). In response, on May 6, 2022,

7 | Defendants timely filed their *Oppositions* to both Motions;

8 | 5.        WHEREAS, pursuant to 28 U.S.C. § 1404(a), this Court, at its discretion, may

9 | transfer any civil action to any other district or division where it might have been brought "[f]or the

10 | convenience of parties and witnesses, in the interest of justice," in order to "prevent the waste 'of

11 | time, energy, and money' and 'to protect litigants, witnesses and the public against unnecessary

12 | inconvenience and expense.'" *Van Dusen v. Barrack*, 376 U.S. 612, 616 (1964) (quoting *Continental*

13 | *Grain Co. v. The Barge FBL-585*, 364 U.S. 19, 26–27 (1960));

14 | 6.        WHEREAS, the parties agree, in the interest of justice, to transfer this matter to the

15 | United States District Court for the Eastern District of California (the "Eastern District of

16 | California");

17 | 7.        WHEREAS, the parties' agreement to transfer shall be in no way construed to have

18 | any effect on the underlying litigation or merits of the case;

19 | 8.        WHEREAS, by the transfer of this matter from this Court to the Eastern District of

20 | California, Plaintiffs are withdrawing the Motions without prejudice.

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

2

**HIGH WEST LAW**

1    **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between

2    the undersigned counsel for all parties that, subject to the approval of the Court, this case shall be

3    transferred to the United States District Court for the Eastern District of California.

4         **IT IS SO STIPULATED**.

5

6    Date: May 12, 2022                                    HIGH WEST LAW

7

8                                               By: _____

9                                                    Damon L. Booth, Esq.
                                                     Attorneys for Defendants
10                                                   NEVADA BUSINESS CORPORATIONS,
                                                     INC.; ARISTOCRAT VENTURES;
11                                                   PROBACK SYSTEMS, INC.; WAYNE
                                                     WAKEFIELD
12

13   Date: May 12, 2022                                    PHAN & LEGAL COUNSEL

14

15                                               By:    /s/ Andrew Phan
                                                        Andrew Phan, Esq.
16                                                      Attorney for Plaintiffs
                                                        RICHARD and LAVERNA MONTZ
17

18

19

20

21

22

23

24

25

26

27

28

3

**HIGH WEST LAW**

1

**ORDER**

2        Having read and considered the Stipulation filed by the parties, and good cause appearing:

3        **IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 1404, for the convenience of the

4   parties, and in the interests of justice, this case is TRANSFERRED to the United States District

5   Court for the Eastern District of California.

6        **IT IS SO ORDERED.**

7

8   Dated:  May 13, 2022

The Honorable Miranda M. Du
9                                                    Chief United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1  Andrew Phan, Esq.
   Phan & Legal Counsel
2  9741 Bolsa Avenue, Ste. 217
   Westminster, CA 92683949-447-5005 (tel)
3  949-447-5004 (fax)
4  aphan@asset-protector.com
   Attorney for Plaintiffs
5
6  Daniel Griffin, Esq.
   2408 Professional Drive
7  Roseville, CA 95661
   800-358-0305 (tel)
8  916-242-8588 (fax)
   sbrown@newpointlaw.com
9  dgriffin@newpointlaw.com
   California Co-Counsel for Plaintiffs
10
11 Attorneys for Plaintiffs
   Richard and LaVerna Montz
12
                IN THE UNITED STATES DISTRICT COURT
13
               IN AND FOR THE DISTRICT OF NEVADA
14

15 | RICHARD AND LAVERNA MONTZ, | Case No.: 3:22-CV-00145 |
   | individuals, | |
16 | | [*Formerly Superior Court of California,* |
   | Plaintiffs, | *County of Placer, Case No.: S-CV-0047923*] |
17 | | |
   | v. | **PROOF OF SERVICE** |
18 | | |
19 | NEVADA BUSINESS CORPORATIONS, | |
   | INC., a Nevada corporation, ARISTOCRAT | NO ORAL ARGUMENT REQUESTED |
20 | VENTURES, a Nevada corporation, PROBACK | |
   | SYSTEMS, INC., a Nevada corporation, | |
21 | WAYNE WAKEFIELD, an individual, and | |
   | DOES 1–25, inclusive, | |
22 | | |
23 | Defendants. | |

24                        **PROOF OF SERVICE**
25
       I am employed in the county of Placer; my business address is 2408 Professional Drive,
26
   Roseville, California 95661. I am over the age of eighteen years and not a party to the foregoing
27
   action. I am readily familiar with the business practice at my place of business. On May 13, 2022
28
   served the attached:

                                    1

                              PROOF OF SERVICE

- **STIPULATION AND [PROPOSED] ORDER**

Upon the following:

| | |
|---|---|
| [X] | **by electronic service.** The above-described document(s) were served electronically and the transmission was reported as complete and without error to the parties in the service for this matter.<br><br>dbooth@highwestlaw.com |
| [X] | **by first-class mail** on the following party(ies) in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth, below. The mail placed in that designated area is given the correct amount of postage and deposited that same day, in the ordinary course of business, in a United States mailbox in the County of Placer, California upon:<br><br>Damon L. Booth<br>High West Law<br>230 E. Liberty St.<br>Reno, NV 89501 |
| [ ] | **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below. |
| [ ] | **by overnight delivery** on the following party(ies) in said action, in accordance with Code Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c) upon: |
| [ ] | **by facsimile transmission,** in accordance with Code of Civil Procedure § 1013(c), to the following party(ies) at the facsimile number(s) indicated upon: |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this document was executed on May 13, 2022, at Roseville, California.

/s/ Tanikqua Clayton
Tanikqua Clayton

2

PROOF OF SERVICE