# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:22−cv−00145−MMD−CLB

Montz et al v. Nevada Business Corporations, Inc. et al
Assigned to: Chief Judge Miranda M. Du
Referred to: Magistrate Judge Carla Baldwin
Demand: $240,000
 Case in other court:  Superior Court of California, County of Placer,, S−CV−0047923
Cause: 28:1332 Diversity−Fraud

Date Filed: 03/24/2022
Jury Demand: None
Nature of Suit: 370 Fraud
Jurisdiction: Diversity

**Plaintiff**

**Richard Montz**　　represented by　**Andrew Phan**
Accident Pros LLP
Westminster
9741 Bolsa Avenue
Ste 217
Westminster, CA 92683
646−668−6773
Email: aphan.esq@gmail.com
*LEAD ATTORNEY*

**Daniel J. Griffin**
NewPoint Law Group, LLP
2408 Professional Drive
Roseville, CA 95661
800−358−0305
Fax: 916−242−8588
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephan M. Brown**
NewPoint Law Group, LLP
2408 Professional Drive
Roseville, CA 95661
800−358−0305
Fax: 916−242−8588
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laverna Montz**　　represented by　**Andrew Phan**
(See above for address)
*LEAD ATTORNEY*

**Daniel J. Griffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephan M. Brown**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nevada Business Corporations, Inc.**    represented by    **Damon Booth**
High West Law
230 E Liberty St.
Reno, NV 89501
775−507−2557
Email: dbooth@highwestlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Proback Systems, Inc.**    represented by    **Damon Booth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wayne Wakefield**    represented by    **Damon Booth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aristocrat Ventures**    represented by    **Damon Booth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2022 | Ï 1 | PETITION FOR REMOVAL from Superior Court of California, County of Placer, Case Number S−CV−0047923, (Filing fee $ 402 receipt number 0978−6840048) by Nevada Business Corporations, Inc., Proback Systems, Inc., Aristocrat Ventures, Wayne Wakefield. (Attachments: # 1 Exhibit Exhibit 1: Pleadings, Process & Orders, # 2 Exhibit Exhibit 2: Affidavit of Wayne Wakefield, # 3 Civil Cover Sheet Civil Cover Sheet, # 4 Appearance of Counsel) (Booth, Damon) NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1−1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 03/24/2022) |
| 03/25/2022 | Ï | Case randomly assigned to Magistrate Judge Carla Baldwin. (WJ) (Entered: 03/25/2022) |
| 03/25/2022 | Ï 4 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Carla Baldwin on 3/25/2022. Statement regarding removed action is due by 4/9/2022. Joint Status Report regarding removed action is due by 4/24/2022. (Copies have been distributed pursuant to the NEF − HKL) |

| | | |
|---|---|---|
| | | (Entered: 03/25/2022) |
| 03/30/2022 | Ï 5 | ANSWER to Complaint filed by Aristocrat Ventures, Nevada Business Corporations, Inc., Proback Systems, Inc., Wayne Wakefield. Discovery Plan/Scheduling Order due by 5/14/2022.(Booth, Damon) <br><br> NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1−1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 03/30/2022) |
| 04/08/2022 | Ï 6 | STATEMENT REGARDING REMOVAL by Defendants Aristocrat Ventures, Nevada Business Corporations, Inc., Proback Systems, Inc., Wayne Wakefield. (Booth, Damon) (Entered: 04/08/2022) |
| 04/08/2022 | Ï 7 | CERTIFICATE OF SERVICE for 4 Minute Order Removal Case, by Defendants Aristocrat Ventures, Nevada Business Corporations, Inc., Proback Systems, Inc., Wayne Wakefield. (Booth, Damon) (Entered: 04/08/2022) |
| 04/12/2022 | Ï 8 | CIVIL STANDING ORDER of Magistrate Judge Carla Baldwin. (Copies have been distributed pursuant to the NEF – HKL) (Entered: 04/13/2022) |
| 04/12/2022 | Ï 9 | ORDER TO FILE CASE MANAGEMENT REPORT – After the meet and confer, the parties shall file a Joint Case Management Report by no later than **May 14, 2022** as detailed herein. Signed by Magistrate Judge Carla Baldwin on 4/12/2022. (Copies have been distributed pursuant to the NEF – HKL) (Entered: 04/13/2022) |
| 04/21/2022 | Ï 10 | CLERK'S NOTICE that this case is randomly assigned to Chief Judge Miranda M. Du and Magistrate Judge Carla Baldwin for all further proceedings. **(no image attached)** (WJ) (Entered: 04/21/2022) |
| 04/21/2022 | Ï 11 | STANDING ORDER. This case has been assigned to the Honorable Miranda M. Du. Chief Judge Du's Civil Standing Order is posted on the U.S. District Court, District of Nevada public website and may be accessed directly via this hyperlink: www.nvd.uscourts.gov. (Copies have been distributed pursuant to the NEF – PAV) (Entered: 04/21/2022) |
| 04/22/2022 | Ï 12 | Joint MOTION to Remand to State Court by Plaintiffs Laverna Montz, Richard Montz. Responses due by 5/6/2022. (Attachments: # 1 Certificate of Service) (Phan, Andrew) (Entered: 04/22/2022) |
| 04/22/2022 | Ï 13 | MOTION to Strike 5 Answer to Complaint, by Plaintiffs Laverna Montz, Richard Montz. Responses due by 5/6/2022. (Attachments: # 1 Certificate of Service) (Phan, Andrew) (Entered: 04/22/2022) |
| 04/25/2022 | Ï 14 | STATUS REPORT *PURSUANT TO THE MARCH 25, 2022 MINUTES OF THE COURT* by Defendants Aristocrat Ventures, Nevada Business Corporations, Inc., Proback Systems, Inc., Wayne Wakefield. (Booth, Damon) (Entered: 04/25/2022) |
| 04/25/2022 | Ï 15 | STATUS REPORT by Plaintiffs Laverna Montz, Richard Montz. (Phan, Andrew) (Entered: 04/25/2022) |
| 04/25/2022 | Ï 16 | Withdrawal of Motion ~~NOTICE *Of Withdrawal of Motion*~~ by Laverna Montz, Richard Montz re 13 Motion to Strike. (Phan, Andrew) QC Modified event on 4/26/2022 (LE). (Entered: 04/25/2022) |
| 04/25/2022 | Ï 17 | Amended MOTION to Strike by Plaintiffs Laverna Montz, Richard Montz. Responses due by 5/9/2022. (Attachments: # 1 Certificate of Service) (Phan, Andrew) (Entered: 04/25/2022) |
| 05/06/2022 | Ï 18 | RESPONSE to 12 Motion to Remand to State Court by Defendants Aristocrat Ventures, Nevada Business Corporations, Inc., Proback Systems, Inc., Wayne Wakefield. Replies due by 5/13/2022. (Booth, Damon) (Entered: 05/06/2022) |

| 05/06/2022 | 19 | RESPONSE to 17 Motion to Strike by Defendants Aristocrat Ventures, Nevada Business Corporations, Inc., Proback Systems, Inc., Wayne Wakefield. Replies due by 5/13/2022. (Booth, Damon) (Entered: 05/06/2022) |
|---|---|---|
| 05/13/2022 | 20 | STIPULATION *to Change Venue* re 12 Motion to Remand to State Court by Plaintiffs Laverna Montz, Richard Montz. (Attachments: # 1 Certificate of Service) (Phan, Andrew) (Entered: 05/13/2022) |
| 05/13/2022 | 21 | ORDER **granting** ECF No. 20 Stipulation. IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 1404, for the convenience of the parties, and in the interests of justice, this case is **TRANSFERRED to the United States DistrictCourt for the Eastern District of California**. Signed by Chief Judge Miranda M. Du on 5/13/2022.(Copies have been distributed pursuant to the NEF – CJD) (Entered: 05/13/2022) |