Damon L. Booth, Esq.
CA Bar No. 326494
**HIGH WEST LAW**
230 E. Liberty St.
Reno, NV 89501
Telephone: (530) 414-9388
dbooth@highwestlaw.com

Attorneys for Defendants
NEVADA BUSINESS CORPORATIONS, INC.;
ARISTOCRAT VENTURES; PROBACK SYSTEMS, INC.;
WAYNE WAKEFIELD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AND LAVERNA MONTZ, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> NEVADA BUSINESS CORPORATIONS, INC., a Nevada corporation, ARISTOCRAT VENTURES, a Nevada corporation, PROBACK SYSTEMS, INC., a Nevada corporation, WAYNE WAKEFIELD, an individual, and DOES 1–25, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-00814 <br><br> [*Formerly Superior Court of California, County of Placer, Case No.: S-CV-0047923* <br><br> *Formerly United States District Court of Nevada, Case No.: 3:22-CV-00145*] <br><br> **STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Defendants NEVADA BUSINESS CORPORATIONS, INC., ARISTOCRAT VENTURES, PROBACK SYSTEMS, INC., and WAYNE WAKEFIELD (collectively, "Defendants") and Plaintiffs RICHARD AND LAVERNA MONTZ (collectively, "Plaintiffs") (Defendants and Plaintiffs are collectively referred to herein as the "parties") hereby submit this *Stipulation and Order* as follows:

WHEREAS, Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

///

1  **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between
2  the undersigned counsel for all parties that, subject to the approval of the Court, this case shall be
3  referred to the United States District Court for the Eastern District of California's Voluntary Dispute
4  Resolution Program.
5  **IT IS SO STIPULATED**.
6
7  Date: May 20, 2022                                        HIGH WEST LAW
8
9                                                           By: _____
10                                                              Damon L. Booth, Esq.
                                                                Keenan L. Hawkins, Esq.
11                                                              Attorneys for Defendants
                                                                NEVADA BUSINESS CORPORATIONS,
12                                                              INC.; ARISTOCRAT VENTURES;
                                                                PROBACK SYSTEMS, INC.; WAYNE
13                                                              WAKEFIELD
14
15
16  Date: May 20, 2022                                       NEWPOINT LAW GROUP, LLP
17
18                                                           By:   /s/ Daniel Griffin
                                                                   Dan Griffin, Esq.
19                                                                 Attorney for Plaintiffs
                                                                   RICHARD and LAVERNA MONTZ
20
21
22
23
24
25
26
27
28

**ORDER**

Having read and considered the Stipulation filed by the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that, pursuant to Local Rule 271, the above-entitled action shall be referred to participate in this Court's Voluntary Dispute Resolution Program.

**IT IS SO ORDERED.**

Dated: May 25, 2022

Troy L. Nunley
United States District Judge