Stephan Brown, Esq. SBN: 300563
Daniel Griffin, Esq. SBN: 311236
2408 Professional Drive
Roseville, CA 95661
800-358-0305 (tel)
916-242-8588 (fax)
sbrown@newpointlaw.com
dgriffin@newpointlaw.com

IN THE UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD AND LAVERNA MONTZ, individuals,<br><br>    Plaintiffs,<br><br>           v.<br><br>NEVADA BUSINESS CORPORATIONS, INC., a Nevada corporation, ARISTOCRAT VENTURES, a Nevada corporation, PROBACK SYSTEMS, INC., a Nevada corporation, WAYNE WAKEFIELD, an individual, and DOES 1–25, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00814-JDP<br><br>**[PROPOSED]** **ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL** |

After reviewing the Notice of Withdrawal of Counsel, which is construed as a motion, it is hereby ORDERED that attorney Andrew Phan's motion to withdraw as attorney for Plaintiffs is granted.

IT IS SO ORDERED.

Dated:   July 28, 2022                          _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE