UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONTZ, *et al.*, | Case No. 2:22-cv-00814-JDP |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| NEVADA BUSINESS CORPORATIONS, INC., *et al.*, | |
| Defendants. | |

Motion practice has concluded, and claims remain against defendants. The court will hold a status conference on February 15, 2024, at 10:00 a.m. No later than seven days before the conference, the parties shall file status reports discussing: potential interest in a settlement conference, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1. A status conference is set for February 15, 2024, at 10:00 a.m. The conference will be conducted via Zoom.

2. By no later than February 8, 2024, the parties shall file status reports addressing the matters identified above.

1

IT IS SO ORDERED.

Dated: _January 23, 2024_  
                                                JEREMY D. PETERSON  
                                                UNITED STATES MAGISTRATE JUDGE