Grant H. Wiltshire, Esq.
CA Bar No. 337390
Damon L. Booth, Esq.
CA Bar No. 326494
**HIGH WEST LAW, PC**
11025 Pioneer Trail, Suite 101A
Truckee, CA 96161
Telephone: (530) 414-9388
*dbooth@highwestlaw.com*
*gwiltshire@highwestlaw.com*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD AND LAVERNA MONTZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA BUSINESS CORPORATIONS, INC., a Nevada corporation, ARISTOCRAT VENTURES, a Nevada corporation, PROBACK SYSTEMS, INC., a Nevada corporation, WAYNE WAKEFIELD, an individual, and DOES 1–25, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00814-JDP<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED BETWEEN** Plaintiffs RICHARD and LAVERNA MONTZ (collectively, "Plaintiffs") and Defendants NEVADA BUSINESS CORPORATIONS, INC., ARISTOCRAT VENTURES, PROBACK SYSTEMS, INC., and WAYNE WAKEFIELD (collectively, "Defendants") as follows:

1. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement pursuant to the *STIPULATION FOR COURT TO RETAIN JURISDICTION UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 664.6 AND [PROPOSED] ORDER*; and

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated: January ___, 2024          **NEWPOINT LAW GROUP, LLP**


By: _____
    Daniel Griffin, Esq.
    Attorney for Plaintiffs
    RICHARD and LA VERNA MONTZ


Dated: January ___, 2024          **HIGH WEST LAW, PC**


By: _____
    Grant Wiltshire, Esq.
    Attorney for Defendants
    NEVADA BUSINESS CORPORATIONS,
    INC.; ARISTOCRAT VENTURES;
    PROBACK SYSTEMS, INC.; and WAYNE
    WAKEFIELD

**[PROPOSED] ORDER**

The Court, having read and considered the Stipulation filed by the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. This Court retains jurisdiction to enforce the terms of the Settlement Agreement pursuant to the *STIPULATION FOR COURT TO RETAIN JURISDICTION UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 664.6 AND [PROPOSED] ORDER*; and

2. Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   February 8, 2024                                    _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE